

FILED
JUN 12 2009
U.S BANKRUPTCY COURT
SANTA ROSA CA

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:  Fred George Labankoff | Case No. 09-10979-AJ11. |
| | Chapter 11 |
| Fred George Labankoff, Swetlana Labankoff | |
| Ludmila Shpitj, Shpitj Labankoff Trust | Adver. Proc. No. 09-1048 |
| Plaintiffs | |
| | Request of Entry of |
| vs. | Default per BR 7012(b) |
| GMAC, Homecomings Financial, ETS | |
| Investors Trust Mortgage Company, | |
| David Izzett, Does 1 through 100 | |
| Defendants | |

REQUEST OF ENTRY OF DEFAULT PER BANKRUPTCY RULE 7012(b)

To the Clerk:

As stated in the forms filed 6/11/09, Form B 260, per Bankruptcy Rule 7012(a) the above named defendants having been duly served as the Court filed Procf of Service of this Complaint 09-1048 with U.S. Postal Certificate of Mailing made part of such Proof of Service and such defendants having failed to answer or move to strike such named Complaint per Bankruptcy Rule 7012(b) and FRCP Rule 12(b)(h) the plaintiff may seek to have the clerk enter the default on the court docket by executing Form B 260 already submitted and the request for Judgment by Default refused

/////

/////

[Summary of pleading] - 1

to be filed by the Clerk on 6/11/09, attached Form B261.

Plaintiff request that Clerk's Entry of Default be made.

Respectfully requested,

*[signature]*

Fred George Labankoff, Debtor in Possession

[**Summary of pleading**] - 2

Affidavit in Support of Request for Clerk's Entry of Default

I, Fred George Labankoff declare:

1) I am the Debtor in Possession in this Bankruptcy 09-10970
2) I am the Co Plaintiff in Adversary Proceeding No. 09-1048.
3) More than 30 days have passes since Adversary Proceeding No. 09-1048 has been served upon Defendants GMAC, Homecomings Financial, ETS, Investors Trust Mortgage Company, David Izzett.
4) Adequate proof of service has been filed with the Court.
5) The Docket of the above Adversary Proceeding No. 09-1048 demonstrated such defendant did not file an answer nor other motion to strike such complaint No. 09-1048.
6) By law Bankruptcy Rule 7012(b) Plaintiffs are entitle to clerk's Entry of Default of defendants:

    GMAC, Homecomings Financial ETS,

    Investors Trust Mortgage Company,

    David Izzett

which we so request the Clerk to enter.

Declared under penalty of perjury under the laws of the State of California In Santa Rosa, Sonoma County, California this 12th day of June, 2009.

_____
Fred George Labankoff, DIP, Co-plaintiff

[**Summary of pleading**] - 3

# United States Bankruptcy Court

## Northern District of California

**In re: Fred George Labankoff**  Bankruptcy Case No. 09-10970

**Debtor**

**Fred George Labankoff, Swetlana Labankoff,**

**Ludmila Shpitj, Shpitj Labankoff Trust**

**Plaintiffs**

v.  Adversary Proceeding No. 09-1048

**GMAC, Homecomings Financial, ETS,**

**Investors Trust Mortgage Company, David Izzett**

**Does 1 though 100**

**Defendants**

## JUDGMENT BY DEFAULT

Default was entered against defendant GMAC, Homecomings Financial, ETS,

Investors Trust Mortgage Company, David Izzett on _____(date)_____

Therefore, on motion of the plaintiff, judgment is entered against those defendants

in favor of he plaintiff as follows:

**IS ORDERED THAT:**

  **As** stated in plaintiff's prayer for damages as follows equally assessed against Homecomings, Investor's Trust and David Izzett for:

# JUDGMENT BY DEFAULT

## I - BREACH OF CONTRACT

For judicial order striking the contract of 12/20/2005 between defendant Homecomings and plaintiff FGL. – Sum of $ 3.2 Million as follows

    a) Co-plaintiff Fred George Labankoff - $ 533,333
    b) Co-plaintiff Swetlana Labankoff - $ 533,334
    c) Co-plaintiff Ludmila Shpitj – $ 533,333
    d) Co-plaintiff Shpitj Labankoff General Trust - $ 1,600,000
    Total                                      $ 3.200,000

## II – FRAUD

For judicial order holding the changing of debtors from Shpitj Labankoff Trust to FGL a fraud and damages as the Court sees fit to award including exemplar damages.

## III - EQUITABLE RELIEF FROM SUCH FRAUD

For order granting equitable relief from contract of 12/20/2005 – Striking such or at least rescinding such.

    a. The loan made by Homecomings Financial is void - rescinded ;
    b  A new and different loan, preferably a reverse mortgage, would be allowed by the court to repay the remaining balance of the Homecoming Loan less all payments, attorney fees, and damages awarded by this court;
    c  declaration that 3828 Skyfarm Drive, Santa Rosa, CA was and is owned by SLGT;
    d. That removal of 3828 Skyfarm Drive, Santa Rosa, CA from SLGT was an ultravires premeditated ultravires act by defendants Homecomings, Investors Trust and David Izzett for which they are liable;
    e  Specific order to 3rd party credit reporting agencies to strike all reference to these two loans with Defendant Homecomings so as to partially rehabilitate plaintiff FGL's credit rating

## IV - DECLARATORY RELIEF FROM SUCH FRAUD

For declaration of rights and duties as request by plaintiff specifically

    a. The loan made by Homecomings Financial is void - rescinded ;

    b  A new and different loan, preferably a reverse mortgage, would be allowed by the court to repay the remaining balance of the Homecoming Loan less all payments, attorney fees, and damages awarded by this court;

    c  declaration that 3828 Skyfarm Drive, Santa Rosa, CA was and is owned by SLGT;

    d. That removal of 3828 Skyfarm Drive, Santa Rosa, CA from SLGT was an ultravires premeditated ultravires act by defendants Homecomings, Investors Trust and David Izzett for which they are liable;

    e  Specific order to 3rd party credit reporting agencies to strike all reference to these two loans with Defendant Homecomings so as to partially rehabilitate plaintiff FGL's credit rating

# JUDGMENT BY DEFAULT

V - SETASIDE FRAUDULENT CONVEYANCE

For Court Order setting aside fraudulent conveyance of 12/20/2005 or at lest rescinding such.

VI - VIOLATION OF TRUTH IN LENDING ACT, 15 U.S.C. § 1601 et seq. (TILA)

Holding defendants Homecomings, Investor Trust and David Izzett in violation of the Truth in Lending Act allowing Plaintiff to rescind the mortgage and line of credit of 12/20/2005 and grant damages as the Court feels is appropriate to make these a defendant an example to others contemplating such acts.

VII - VIOLATION OF FEDERAL RESERVE REGULATION Z,
    12 C.F.R. § 226.23(a)(3) (Reg. Z) and 226.2(a)(13)

Holding defendants Homecomings, Investor Trust and David Izzett in violation of Reg. Z and grant damages as the Court feels is appropriate to make these a defendant an example to others contemplating such acts.

VIII - VIOLATION CALIFORNIA UNFAIR BUSINESS PRACTICES

Holding defendants Homecomings, Investor Trust and David Izzett in violation of the California Unfair Business Practices Act by allowing for rescinding the Homecomings loan and grant damages as the Court feels is appropriate to make these a defendant example to others contemplating such acts.

IX - QUIETING TITLE TO REAL PROPERTY

Order quieting title to 3828 Skyfarm Drive, Santa Rosa, CA in the name of Shpitj Labankoff Trust

X - RESCISION OF LOAN

Rescission of Homecoming loans Account Numbers 7440844777 and 0392544250 and refund of all payment on such loans, attorney fees and damages as deem appropriate by this Court as already prayed for by either granting violation against defendants Homecomings, Inverstor's Trust, David Izzett by either granting order that TRUTH IN LENDING ACT, 15 U.S.C. § 1601 et seq. (TILA) was violated or Regulation Z, or California Unfair Business Practices Act were violated by such defendants and grant damages as the Court feels is appropriate to make these a defendant an example to others contemplating such acts.

COURT APPROVED REFINANACING OF REAL PROPERTY AND TENDER OF
    PAYMENT PER RESCISION LESS ALL INTERES PAID, ATTORNEY FEES
    AND DAMAGES

Order approving refinancing of 3828 Skyfarm Drive to tender payment per rescission
less all interest paid, all commissions paid, and damages as deem appropriate by this Court.

REVESTING TITLE TO REAL PROPERTY IN NAME OF TRUST AND REFINANCING SUCH

Order of this Court revesting title to 3828 Skyfarm Drive, Santa Rosa, CA back into the
Name of Shpitj Labankoff Trust and granting permission to refinance such possibly under a reverse mortgage applied for by Co-plaintiffs Swetlana Labankoff and Ludmila Shpitj because they are over 62 and will require not credit checks.

XI - INFLICTION OF EMOTIONAL DISTRESSS OF SWETLANA LABANKOFF

Damages for infliction of emotional distress of Swetlana Labankoff who suffered a stroke
Which has left her paralyzed on the left side, speech impaired, and requiring custodial care in her home,

# JUDGMENT BY DEFAULT

Consequences of Stroke of 3/3/09

Consequently plaintiff Swetlana Labankoff will require a live in care giver in the residence SL's remaining life expectancy of 10.4 years x $ 5,000 month x 12 months = $ 654,000 for 10.4 years

SL's pain and suffering   $ 1,308,000 = $ 654,000 x 2

Punitive/exemplar damages as this Court feels is justified and appropriate.

Medical expense estimated for 1.09 years in ICU ( 1/10 of her life expectancy) from consequences of this stroke at $2573 per day = $1,023,668


The listed Dollar Total as a Statement of Damages is $ 6,185,668.

Punitive/exemplar damages, as this Court feels is justified.

For costs of suit herein incurred; and

For such other and further relief as the court may deem proper



_____          _____
            Date                                *Alan Jaroslovsky*
                                              *U.S. Bankruptcy Judge*

# AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT

### I, Fred George Labankoff, declare

The above Summary of the Prayer is attached requesting at minimum $ $ 6,185,668.

The above defaulted defendants are neither infants, nor incompetent persons and are not actively engaged in military service.

The complaint was served by ordinary mail, to the last known addresses of such defendants, and a Postal sealed And cancelled PROOF OF MAILING was attached with the PROOF OF SERVICE of this Complaint.

As per Bankruptcy Rule 7012(a) 31 days has expired since such service was accomplished and plaintiffs are entitled by F.R.C.P. 55 and/or Bankruptcy Rule 9013 to move for Default Judgment.

Plaintiff so moves for Default Judgment against such defendants:

**GMAC,**

**Homecomings Financial,**

**ETS,**

**Investors Trust Mortgage Company,**

**David Izzett**

June 11, 2009

Respectfully submitter,

*[signature]*
Fred George Labankoff, Debtor in Possession