In Re: Fred George Labankoff
           Debtor

AFFIDAVIT OF NON-MILITARY SERVICE
[Bankruptcy Rule 7055(a)]



Fred George Labankoff, Swetlana Labankoff,
Ludmila Shpitj, Shpitj Labankoff Trust

Plaintiffs

BK Case No. 09-10970

v.

A.P. No. 09-1048

GMAC, Homecomings Financial, ETS,
Investors Trust Mortgage Company,
David Izzett, Does 1 through 100

Defendant

---

The undersigned pro se co-plaintiff in the above-captioned action declares:

    Pursuant to 50 U.S.C. Appx. § 521, I have made an investigation to ascertain if Defendant, David Izzett, the only human Defendant, is in the military service of the United States. The results of my investigation are as follows[1]:

Defendants GMAC, Homecomings Financial, ETS, Investors Trust Mortgage Company are corporations not subject by law to military service.

Defendant David Izzett 59 is too old for military service. We are awaiting reply from Army World Wide Locator which appears to have replaced DMDC.

Clerk Lynn at Army World Wide Locator by phone indicates No DAVID IZZETT has ever served in the military nor is presently serving in the military.

From the facts set forth above, I am convinced that Defendants are not in the military service of the United States as defined in the Service Members' Civil Relief Act of 1940, 50 U.S.C. Appx. § 521.

__June 25, 2009__

By: Fred George Labankoff Plaintiff pro se

Sworn to before me
this 25th day of June, 2009

State of California, County of Sonoma
Subscribed and sworn to (or affirmed) before me on
this 25 day of June, 2009
by Fred George Labankoff
proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.

_____
Signature

ALEXANDRIA GREY
COMM. #1707429
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires Nov. 25, 2010

Fred George Labankoff
3828 Skyfarm Drive
Santa Rosa, California 95403
707 526-2250

June 24, 2009

Army World Wide Locator
8899 East 56th Street
Annapolis, Indiana 46249-5301

To whom it may concern,

I have been directed to this agency by General Burn's office at the Pentagon that your offices should be able to provide a written sealed Soldier and Sailor Certificate for an Individual named DAVID IZZETT. Attached is the fee of $ 5.20 by money order.

Such information is need for attachment to AFFIDAVIT OF NON-MILITARY SERVICE per Bankruptcy Rule 7055(a) as a default is being filed against such person, David Izzett.

A self addressed stamped envelope is enclosed.

Thank you,


Fred G. Labs



