# United States Bankruptcy Court
## Northern District of California



In Re: Fred George Labankoff
        Debtor

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR ENTRY OF FACT OF DEFAULT**
[Bankruptcy Rule 7055(a)]

Fred George Labankoff, Swetlana Labankoff,
Ludmila Shpitj, Shpitj Labankoff Trust

Plaintiffs

v.

GMAC, Homecomings Financial, ETS,
Investors Trust Mortgage Company,
David Izzett, Does 1 through 100

Defendant

BK Case No. 09-10970

A.P. No. 09-1048

---

    The undersigned co-plaintiff Fred George Labankoff, being duly sworn, deposes and states that:

1.     I am a Co-plaintiff in the above captioned Adversary Proceeding and appear in *pro se.*

2.     I make this Affidavit in support of Plaintiff's request that the Clerk of Court certify and enter the "Fact of Default" of Defendants:

> GMAC,
> Homecomings Financial
> ETS
> Investors Trust Mortgage Company
> David Izzett

pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule") 7055(a).

3..     Defendants GMAC and Homecomings Financial did request special notice as per Docket Item No. 12 of Bankruptcy Case No. 09-10970 dated 4/23/09 which clearly listed GMAC's attorney's address and preemptive requested for jury trial. This was filed before the adversary proceeding was even filed or served. This was the address used by plaintiff to contact GMAC and its subsidiary Homecomings Financial was through its attorney or record Steven W. Pite, John

D. Duncan , Jose A. Garcia, Pite Duncan attorneys for GMAC Mortgage, LLC 4375 Jutland Drive, Suite 200, San Diego, Ca 92117. These attorneys should have kept track of this bankruptcy but apparently did not. Why should they when they can always move to strike a default especially from a pro se. It is the Defendants attorneys' fault for not following this bankruptcy case and adversary proceeding, NOT THE FAULT OF PLAINTIFFS even if they are in pro per. (Exhibit 1)

4.      This Adversary Proceeding No. 09-1048 is a Core Proceeding within the meaning of 11 USC § 157.

5..     On May 11, 2009, a copy of the Summons and Complaint was served on Defendants listed by mail by regular mail pursuant to Bankruptcy Rule 7004. This was in conformity with Docket Item No. 12.

6.      A Certificate of Service detailing the date, time and manner of service on Defendant was filed with the Court on May 11, 2009 Attached to the Certificate of Service was a stamped and USPS sealed Certificate of Mailing listing the addresses of Defendants. The original of such was filed contemporaneously with the Certificate of Service. (Exhibit 2)

7.      Defendant has failed to answer, plead or otherwise defend this action

8.      The time to answer, plead or otherwise defend expired on 06/11/2009 said date being 45 days after service of the Alias Summons of 5/05/09.

9.      Defendants have not appeared in this action and the time to appear has expired.

10.     Defendants are neither infants nor incompetents.

11.     Pursuant to 50 U.S.C. Appx. § 521, co-plaintiff Fred George Labankoff has made an investigation to ascertain whether Defendants are in military service of the United States. My findings are: First, Defendants GMAC, Homecomings Financial , ETS, and Investors Trust Mortgage Company are corporations, not human persons subject to military Service. Second as to Defendant David Izzett, I recall he is either 58 or 59 which is over the age of military service, but I have contacted the DMDC for written verification. DMDC is no longer the proper military agency to contact according to General Burn and the Army World Wide Locator verbally states that Defendant David Izzett has never been in the military and I have ordered a Soldier and Sailor' Certificate to that effect. Copy of such request is attached here to. Therefore based on the foregoing facts, I am convinced that Defendants are not in the military service of the United States, as Defined by 50 U.S.C. Appx. § 521 and subject to protection under such provisions. [1]

12.     The Defendants are not the Debtor.

13. Plaintiff hereby requests as a matter of law that the Clerk of Bankruptcy Court to enter the Fact of Default of Defendants GMAC, Homecomings Financial, ETS, Investors Trust Mortgage Company, David Izzett, pursuant to Bankruptcy Rule 705 5(a).

Dated: June 25, 2009 _____ By: Plaintiff pro se

Sworn to before me

this _____ day of _____, 2009

State of California, County of Sonoma
Subscribed and sworn to (or affirmed) before me on
this 25 day of June, 2009
by Fred George Labonkoff
proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.
_____
Signature

ALEXANDRIA GREY
COMM. #1707429
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires Nov. 25, 2010

_____
Notary

---

[1] Have tried to contacted DMDC, Military Verification, 1600 Wilson Blvd., Suite 400, Alexandria, VA 22209 and tried to reach such by fax to 703-696-4156. This I am told by Gen. Burns Office at Pentagon DMDC is no longer correct contact for Soldier and Sailor Certificate which it appears this Court wants. I have requested such Soldier and Sailor Certificate from Army World Wide Locator, 8899 East 56th Street, Annapolis, Indiana 46249-5301. Verbally Lynn at 317 510-3688 at such Army World Wide Locator states there is no record of a David Izzett ever serving in the Military of the United States. 6/24/09

EXHIBIT 1

| | |
|---|---|
| 1 | STEVEN W. PITE (CA SBN 157537) |
| | JOHN D. DUNCAN (CA SBN 179560) |
| 2 | JOSE A. GARCIA (CA SBN 256539) |
| | PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200 |
| | San Diego, CA 92117 |
| 4 | Telephone: (858) 750-7600 |
| | Facsimile: (619) 590-1385 |
| 5 | |
| | Attorneys for GMAC MORTGAGE, LLC, its successors and/or assigns |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 09-10970 |
| FRED GEORGE LABANKOFF, | Chapter 11 |
| Debtor(s). | GMAC MORTGAGE, LLC'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for GMAC MORTGAGE, LLC, its successors and/or assigns, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

1  Jose A. Garcia
   PITE DUNCAN, LLP
2  4375 Jutland Drive
   Suite 200
3  San Diego, CA 92117

4        Neither this Request for Special Notice nor any subsequent appearance, pleading,
5  claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a
6  waiver of the within party's:
7        a.    Right to have any and all final orders in any and all non-core matters entered
8  only after de novo review by a United States District Court Judge;
9        b.    Right to trial by jury in any proceeding as to any and all matters so triable
10 herein, whether or not the same be designated legal or private rights, or in any case, controversy or
11 proceeding related hereto, notwithstanding the designation or not of such matters as "core
12 proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to
13 statute or the United States Constitution;
14       c.    Right to have the reference of this matter withdrawn by the United States
15 District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and
16       d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters
17 to which this party is entitled under any agreements at law or in equity or under the United States
18 Constitution.
19       All of the above rights are expressly reserved and preserved by this party without
20 exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or
21 by any other participation in these matters.
22
23 Dated: April 23, 2009                    PITE DUNCAN, LLP
24
                                            /s/ Jose A. Garcia (CA SBN 256539)
25                                          Attorneys for GMAC MORTGAGE, LLC, its
                                            successors and/or assigns
26
27
28

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that a copy of the foregoing REQUEST FOR SPECIAL NOTICE AND |
| 3 | SERVICE OF PAPERS AND RESERVATION OF RIGHTS was served on April 23, 2009. Service |
| 4 | was accomplished by the method and to the following as indicated: |
| 5 | BY ELECTRONIC NOTICE OR FIRST CLASS MAIL |
| 6 | Fred George Labankoff |
|   | 3828 Skyfarm Drive |
| 7 | Santa Rosa, CA 95403 |
| 8 | U.S. Trustee |
|   | Department of Justice |
| 9 | 235 Pine Street |
|   | Suite 700 |
| 10 | San Francisco, CA 94104 |
| 11 | |
| 12 | I declare under penalty of perjury that the foregoing is true and correct and that this |
| 13 | declaration was executed on April 23, 2009, at San Diego, California. |
| 14 | |
| 15 | /s/ Nicholas T. Tweed |

REQUEST FOR SPECIAL NOTICE -3- 3293150.wpd
Case: 09-10970, Doc# 11, Filed: 04/23/09, Entered: 04/23/09 09:12:03 Page 3 of 3

Case: 09-01048    Doc# 10    Filed: 06/25/09    Entered: 06/26/09 13:34:16    Page 6 of 6